**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**USI INSURANCE SERVICES, LLC.,**
a Delaware limited liability company
as assignee and successor in interest
to WELLS FARGO INSURANCE
SERVICES USA, INC., a North
Carolina Corporation

     **Plaintiff,**

v.                                                      Case No. 8:17-cv-02895-VMC-TCW

**LOCKTON COMPANIES, LLC,** an
Illinois limited Liability Company,
**SOUTHEAST SERIES OF LOCKTON**
**COMPANIES, LLC,** an Illinois
Limited liability Company,
**JO LYNN RASMUSSEN,**
**SHARON TRAUTEWIG,** and
**THOMAS BONAFEDE**

     **Defendants.**
_____/

## DEFENDANT ENTITIES' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, Lockton Companies, LLC, and Southeast Series of Lockton Companies, LLC (collectively "Defendants") hereby file the following Certificate of Interested Persons and Corporate Disclosure Statement:

1.     The name of each attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publically-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

1

**ANSWER:**

    a. Lockton Companies, LLC (Defendant)
    b. Southeast Series of Lockton Companies, LLC (Defendant)
    c. Northeast Series of Lockton Companies, LLC (Employer of Individual Defendants)
    d. Robert B. Gough, III Esquire (Defendants' counsel)
    e. Hill, Ward & Henderson, P.A. (Defendants' counsel)
    f. Jo Lynn Rasmussen (Co-Defendant)
    g. Sharon Trautewig (Co-Defendant)
    h. Thomas Bonafede (Co-Defendant)
    i. Lyle Shapiro (Individual Defendants' counsel)
    j. Herskowitz Shapiro (Individual Defendants' counsel)
    k. USI Insurance Services, LLC (Plaintiff)
    l. USI Insurance Services National, Inc.
    m. Wells Fargo Insurance Services USA, Inc.
    n. David E. Cannella (Plaintiff's counsel)
    o. Marilyn Holifield (Plaintiff's counsel)
    p. Luis Gonzalez (Plaintiff's counsel)
    q. Holland & Knight (Plaintiff's counsel)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**ANSWER:** None.

3. The name of every other entity which is likely to be an active participant in the proceedings including the debtor and members of the creditors' committee (or the twenty largest unsecured creditors) in bankruptcy cases:

**ANSWER:** None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including any person who may be entitled to restitution:

**ANSWER:** USI Insurance Services, LLC

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict.

s/ Robert B. Gough, III
Robert B. Gough, III,
Florida Bar Number 884839
rgough@hwhlaw.com
Jeffrey J. Wilcox
Florida Bar Number 71163
jwilcox@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
P. O. Box 2231
Tampa, FL  33601-2231
Bank of America Building
101 E Kennedy Boulevard, Suite 3700
Tampa, FL  33602
(813) 221-3900 (Telephone)
(813) 221-2900 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY certify that on December 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

s/ Robert B. Gough, III