IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

USI INSURANCE SERVICES, LLC,
a Delaware limited liability company
as assignee and successor in interest
to WELLS FARGO INSURANCE
SERVICES USA, INC., a North
Carolina Corporation

       Plaintiff,

v.                                    Case No. 8:17-cv-02895-VMC-TCW

LOCKTON COMPANIES, LLC, an
Illinois limited Liability Company,
SOUTHEAST SERIES OF LOCKTON
COMPANIES, LLC, an Illinois
Limited liability Company,
JO LYNN RASMUSSEN,
SHARON TRAUTEWIG, and
THOMAS BONAFEDE

       Defendants.
_____/

## DEFENDANTS' NOTICE OF FILING IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Defendants hereby give notice of filing the following Declarations in support of their Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction:

    A.    Complaint filed in *USI Insurance Services, LLC and USI Insurance Services National, Inc. f/k/a Wells Fargo Insurance Services USA, Inc. v. Lockton Companies, LLC and Chad Elgas*, Case No. 2:17-cv-2711 (D. Kan. Dec. 14, 2017);

    B.    Complaint filed in *USI Insurance Services, LLC and Wells Fargo Insurance Services, Inc. v. Lockton-Dunning Series of Lockton Companies, LLC and Desire Albion*, Case No. 3:17-cv-3389 (N.D. Tex. Dec. 13, 2017);

    C.    Complaint filed in *Wells Fargo Insurance Services, Inc. and USI Insurance Services LLC v. Lockton Companies, LLC-Pacific Series and Shirley Gordon*, Case No. 2:17-cv-1842 (W.D. Wash. Dec. 8, 2017);

D. Complaint filed in *USI Insurance Services, LLC and USI Insurance Services National, Inc. v. Lockton Companies, LLC d/b/a Lockton Companies – New York and Jill Arnold*, Case No. 1:17-cv-09946 (S.D. N.Y. Dec. 20, 2017);

E. Rule 7.1 Disclosure Statement filed in *Wells Fargo Insurance Services USA, Inc. and USI Insurance Services LLC v. Devin Blazer*, Case No. 7:17-cv-9520 (S.D. N.Y. Dec. 5, 2017);

F. Declaration of Eric Blank;

G. Declaration of Thomas Bonafede;

H. Declaration of Chad Elgas;

I. Declaration of Claudia Mandato;

J. Declaration of Lynn Rasmussen;

K. Declaration of Sharon Trautewig;

L. Declaration of Lorraine Gant;

M. Order Denying Motion for Preliminary Injunction in *Neuberger Berman, LLC v. Scott Strochak and Alisa Jaffe*, Case No. 05-cv-80112 (S.D. Fla.) and *Charles Schwab & Co. v. Carr*, Case No. 2:11-cv-00184 (M.D. Fla.); and

N. Preliminary Injunction Hearing Joint Exhibit List filed in *Wells Fargo Insurance Services USA, Inc. v. Edgewood Partners Insurance Center, Sean Andreas, Zachary Mendelson, Charles Yorio, Phillip Wakim, Janice Zewe, Sally Krauss, Kurt Karstens and Peter Kostorick*, Case No. GD-17-14022, Court of Common Pleas of Allegheny County, Pennsylvania.

        s/ Robert B. Gough, III
        Robert B. Gough, III,
        Florida Bar Number 884839
        rgough@hwhlaw.com
        Jeffrey J. Wilcox
        Florida Bar Number 71163
        jwilcox@hwhlaw.com
        HILL, WARD & HENDERSON, P.A.
        P. O. Box 2231
        Tampa, FL  33601-2231
        Bank of America Building
        101 E Kennedy Boulevard, Suite 3700
        Tampa, FL  33602
        (813) 221-3900 (Telephone)
        (813) 221-2900 (Facsimile)

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 21th day of December, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing all parties of record.

        s/ Robert B. Gough, III