TARTER KRINSKY & DROGIN LLP
*Attorneys for Plaintiffs*
*Wells Fargo Insurance Services USA, Inc. and*
*USI Insurance Services LLC*
Laurent S. Drogin
David N. Kleinmann
1350 Broadway – 11th Floor
New York, New York 10018
(212) 216-8000
ldrogin@tarterkrinsky.com
dkleinmann@tarterkrinsky.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| WELLS FARGO INSURANCE SERVICES USA, INC. and USI INSURANCE SERVICES LLC<br><br>                   *Plaintiffs,*<br><br>                v.<br><br>DEVIN BLAZIER,<br><br>                  *Defendant.* | Case No.  7:17-cv-09520 KMK<br><br>**WELLS FARGO INSURANCE SERVICES USA, INC.'S**<br>**<u>RULE 7.1 STATEMENT</u>** |

-----------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for plaintiff Wells Fargo Insurance Services USA, Inc. certifies it is a wholly owned subsidiary of USI Insurance Services LLC and does not have any publicly held corporation owing 10% or more of its stock.

Dated: New York, New York
       December 4, 2017

                                         **TARTER KRINSKY & DROGIN LLP**
                                         *Attorneys for Plaintiffs*

                                         By:   <u>/s/David N. Kleinmann</u>
                                         Laurent S. Drogin
                                         David N. Kleinmann
                                         1350 Broadway – 11th Floor
                                         New York, New York 10018
                                         (212) 216-8000
                                         ldrogin@tarterkrinsky.com
                                         dkleinmann@tarterkrinsky.com

**EXHIBIT "E"**