## DECLARATION OF ERIC P. BLANK

I, ERIC P. BLANK declare pursuant to 28 U.S.C. Sec 1746 as follows:

1.    I am an adult, over the age of eighteen (18) years old, and I am competent to provide this Declaration.

2.    I provide this Declaration in connection with Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction ("Plaintiff's Motion"). The information herein is true and correct and based on my personal knowledge.

3.    I am the founder of Blank Law + Technology. I have testified as a fact and expert witness in state and federal courts, and before administrative hearing officers and arbitrators, on more than 100 occasions concerning computer and cell phone forensics and electronic evidence. My CV is attached hereto as Exhibit 1.

4.    I took physical custody of electronic media items belonging to Shirley Gordon on Sunday, November 26, 2017. My letter report containing my findings to date regarding the Forensic Capture and Examination is attached as Exhibit 2.

5.    My findings and opinions as expressed in Exhibit 2 are based on my examination, education, training and experience and are asserted within a reasonable degree of scientific certainty.

6.    I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

**Location: Mount Vernon, WA**

**Date: 20 December 2017**

_____
ERIC P. BLANK

# Eric P. Blank, Esq.

## Resume and *Curriculum Vitae*

**Current as of June 2017**

## INTRODUCTION

I am the founder and Managing Attorney of Blank Law & Technology P.S., an Information Security law firm based in Seattle and Twisp, Washington. My practice focuses on addressing legal, management and discovery issues related to computers (including cell phones), software, databases, and public and private networks, including the Internet. On behalf of corporations, governments and courts, I work as mediator, neutral and Special Master on matters primarily concerning computer forensics, electronic discovery, document and database management practices, and individual conduct relating to computers and computer networks. I counsel clients on protocols and best practices related to cyber security and electronic discovery. To accommodate the technical demands of this work, I have for many years employed advanced forensic tools and experienced personnel of the highest integrity.

I have testified as a fact and expert witness in state and federal courts, and before administrative hearing officers and arbitrators, in more than 100 cases. I have been admitted as an expert, and appointed special master, on issues relating to discovery conduct, databases, computer and cell phone forensics, and the Internet. My work is conducted throughout the United States.

## EMPLOYMENT HISTORY

2001-Present          Managing Attorney, Blank Law & Technology P.S.

www.digital-legal.com

Information Security law firm retained primarily by law firms, government entities and corporations to work on legal and investigational issues relating to computers and computer networks. Beginning in 2014, primary focus has been on investigations and neutral and Special Master work.

2005-2014          Executive Manager and Owner, TestudoData LLC

www.testudodata.com

Software-as-a-Service ("Cloud") National Distributor and aggregator for Google Message Security (formerly Postini), Webroot, Intel/McAfee, Proofpoint, Mimecast, Zix, Sonian, iScan and others. Supported 1000 resellers in North America serving 10,000 businesses and governments. My duties included managing relationships with manufacturers and addressing special projects relating to information security and legal compliance. In December 2014 I sold TestudoData's assets to J2 Global, Inc. (JCOM).

| 2009-2014 | Director, Electronic Data Extraction Network |
|---|---|

www.edenhub.com

Nonprofit organization supporting computer forensics and electronic discovery best practices network of more than 500 information technology companies located in all 50 states and Canada. The mission of EDEN is to provide a platform for standardized electronic discovery and computer forensics services. To that end, EDEN offers training courses; EDEN Standards to support electronic discovery efforts; and a network of developers to provide the next generation of forensic software and hardware. Law firms, governments and corporations contract with EDEN to be connected with EDEN members for specific projects. My duties included assisting with the development of EDEN Standards, teaching portions of the training sessions, and directing the administrative staff.

| 2000-2001 | Shareholder, Riddell Williams P.S. |
|---|---|

www.riddellwilliams.com

Shareholder in 75-attorney Seattle general services law firm. My duties included litigation and investigations related to intellectual property and computers, and the development of Bureau1030, Riddell Williams' technology subsidiary.

| 1996-1999 | Associate, Riddell Williams P.S. |
|---|---|

www.riddellwilliams.com

Litigation associate. My duties included general litigation, emergency relief orders, and computer forensics/seizure projects.

| 1990-1993 | Sworn Officer/Sergeant, Metropolitan Police Department |
|---|---|

www.mpdc.dc.gov

Patrol and light undercover duties in Washington, D.C.'s Seventh District (Anacostia area). Worked exclusively midnight shift. Credited with more than 300 arrests; testified in more than 100 trials; multiple commendations, including three Commendations from the Chief of Police, for investigative and arrest work. Training included DC Police Academy; Civil Disturbance Unit training (sniper); NHTSA; National Law Enforcement Academy; PSA Offensive Driving; Enhanced Interrogation Training.


## EDUCATION

1995    J.D., cum laude, University of Michigan Law School

1990    B.S.F.S., Georgetown University

1986    H.S. Diploma, Deerfield Academy, Deerfield, Massachusetts


*Curriculum Vitae – Eric P. Blank*

## CONTINUING EDUCATION

In additional to meeting my continuing legal education requirements as an active member of the Washington State Bar Association, I receive continuing education, both through experience and through formal training programs, from computer and cell phone forensics developers, electronic mail service providers, and database manufacturers (including AccessData, Guidance Software, Paraben, Cellebrite, Oxygen Software, Google, Microsoft, Intel/McAfee, Oracle and many others).

## SPEAKING ENGAGEMENTS AND PUBLICATIONS

I write and speak frequently on the subject of electronic discovery and computer forensics. Many of my speaking engagements are through continuing legal education programs sponsored by the American Bar Association, the Washington State Bar Association, and the King County Bar Association.

I also have taken, and now teach, numerous training courses related to computer forensics, computer forensics software, technical investigative practices, civil procedure and emergency orders, and electronic document management.

Please contact me for a list of my published articles.

## CASE LIST

Please contact me for a current list of cases in which I have publicly testified.

## MISCELLANEOUS INTERESTS AND HOBBIES

Boys and Girls Clubs, Kiwanis, Eagle Scout, Hiking and Camping

## BILLING RATE AND AVAILABILITY

My customary rate is $400 per hour, billed in half hour increments. I may increase this rate for international projects. I quote and enter fixed-rate fee agreements with increasing regularity, based on my experience with the scope and type of work to be performed.

# BLANKL+T

December 19, 2017

Todd T. Williams, Esq. (TWilliams@corrcronin.com)
Corr Cronin Michelson Baumgardner Fogg & Moore LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154

RE:   **Forensic Capture and Examination Initial Report**
      **Electronic Media of Shirley Gordon**

Dear Mr. Williams:

This letter summarizes my findings to date regarding the Forensic Capture and
Examination of electronic media my office has undertaken at your direction, and
with the acquiescence of Ms. Shirley Gordon, who I understand is your client.

## Introduction

I was first contacted by you in this matter on November 21, 2017.  Thereafter, on
Sunday, November 26, 2017, Jesse Lorusso from my office took physical
custody of the following electronic media items belonging to Ms. Gordon:

> Apple iPhone
> Apple iPad
> Samsung Laptop

Evidence and custody receipts are available for these items on request.

We also secured a Gmail account belonging to Ms. Gordon,
shirleyazar@gmail.com, and the iTunes account associated with Ms. Gordon's
Apple products.  Our method of securing these accounts prior to downloading
and examining their respective content was to change Ms. Gordon's password to
a password known only to my office.  This is our standard practice.

For all of these electronic media items, we used forensic and search software to
examine Office-type and PDF-format documents, whether active or deleted, for
any documents that appeared to be Wells Fargo customer lists or any other
documents relating to or appearing to belong to Wells Fargo.  We also searched



*EXHIBIT "2"*

for any indication that such documents had been copied or transferred from the host media in our possession.

In determining whether or not a document was a "Wells Fargo" document, we used the broadest possible measure. We hand-examined all of the Office- and PDF-type documents on the media. If any document had in our opinion the slightest possibility of being a Wells Fargo document, we intended to bring the document to your attention. In short, there is no question that these devices do not contain, in either active or recoverable deleted form, any Wells Fargo Microsoft Office (Word, Excel, etc.) or PDF documents.

The following is a summary of our investigation and findings with respect to each media item.

## Summary of Qualifications

I am the founder and Managing Attorney of Blank Law & Technology P.S., an Information Security law firm now based in Twisp, Washington. Since 2001, my practice has focused on addressing legal, management and discovery issues related to computers (including cell phones), software, databases, and public and private networks, including the Internet. On behalf of corporations, governments and courts, I work as mediator, neutral and Special Master on matters primarily concerning computer forensics, electronic discovery, document and database management practices, and individual conduct relating to computers and computer networks. I counsel clients on protocols and best practices related to cyber security and electronic discovery. To accommodate the technical demands of this work, I have for many years employed advanced forensic tools and experienced personnel of the highest integrity.

I have testified as a fact and expert witness in state and federal courts, and before administrative hearing officers and arbitrators, in more than 100 cases. I have been admitted as an expert, and appointed special master, on issues relating to discovery conduct, databases, computer and cell phone forensics, and the Internet. My work is conducted throughout the United States.

My *c.v.* is available on request.

## Apple iPhone

We used Cellebrite, a popular forensics tool used by state and federal law enforcement agencies, to capture the Apple iPhone data. We reviewed the files, including recovered deleted files, to determine whether any Wells Fargo documents existed. Our search included email, attachments, and the phone



generally. No Wells Fargo documents were found. In addition, we found no indication that Wells Fargo documents had been received by, or transmitted from, the Apple iPhone.

## Apple iPad

We used Cellebrite, a popular forensics tool used by state and federal law enforcement agencies, to capture the Apple iPad data. We reviewed the files, including recovered deleted files, to determine whether any Wells Fargo documents existed. Our search included email, attachments, and the device generally. No Wells Fargo documents were found. In addition, we found no indication that Wells Fargo documents had been received by, or transmitted from, the Apple iPad.

## Samsung Laptop

We reviewed the Samsung Laptop using Access Data's Forensic Toolkit, a popular computer forensics product which I have used, in earlier iterations, since 2001. We reviewed the files, including recovered deleted files, to determine whether any Wells Fargo documents existed. Our search included email, attachments, and the laptop generally. No Wells Fargo documents were found. In addition, we found no indication that Wells Fargo documents had been received by, or transmitted from, the Samsung Laptop.

## Gmail Account

We captured the Gmail account by downloading the account's contents into a Thunderbird client. This is a process we have done many times before, and we find it to be a highly reliable means of examining the contents of the account. Retrieving the Gmail account took many hours due to the volume of email; while we were downloading the account we "locked out" Ms. Gordon by changing the Gmail access password. No Wells Fargo documents were found. In addition, we found no indication that Wells Fargo documents had been received by, or transmitted from, the Gmail account. It is my understanding that Ms. Gordon stated that she deleted certain items from her Gmail account dated November 2017; we confirmed that recent (post November 1, 2017) deleted and sent items—at least—were irretrievably deleted from the Gmail account. (In other words, the deleted items folder has been emptied, rendering its contents irretrievable. With Gmail accounts this occurs automatically 30 days after an item is deleted and may occur sooner by user action.) To be clear, our search included all folders, including deleted and sent items, and no Wells Fargo documents were found.



Blank Law + Technology P.S.
20556 SR 20 | Twisp, WA 98856
www.digital-legal.com | 206.256.9699

### iTunes Account

We secured the iTunes account in order to prevent any changes to the iPhone or iPad while we were capturing those items using Cellebrite. Once we had completed our capture of the device data, we released the iTunes account back to Ms. Gordon.

### Conclusion

Our investigation discovered no evidence of Wells Fargo documents on Ms. Gordon's electronic media, and no evidence that Wells Fargo documents had been transmitted or copied from Ms. Gordon's media to any other devices or electronic media.

We are maintaining forensic copies of the iPhone, iPad, and Samsung Laptop. We also have a complete copy of the Gmail account.

This concludes my Initial Report. Please contact me with any questions.


Sincerely yours,

**BLANK**L+T



_____
Eric P. Blank


**BLANK**L+T

Blank Law + Technology P.S.
20556 SR 20 | Twisp, WA 98856
www.digital-legal.com | 206.256.9699