# DECLARATION OF CHAD ELGAS

I, CHAD ELGAS declare pursuant to 28 U.S.C. Sec 1746 as follows:

1. I am an adult, over the age of eighteen (18) years old, and I am competent to provide this Declaration.

2. I provide this Declaration in connection with Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction ("Plaintiff's Motion"). The information herein is true and correct and based on my personal knowledge.

3. I have reviewed Plaintiff's Motion as well as the Affidavits of Tom Longhta and Patricia Myers, and the Exhibits.

4. While I worked at WFIS, I am aware of Lorraine Gant preparing hundreds of generic risk management proposals like those attached to the Myers Affidavit as Exhibits B2-4. She created them for me on a routine basis.

5. Before resigning from WFIS, I took affirmative steps to return all WFIS property and to otherwise ensure that I was not taking any WFIS property or information. I have not accessed or used WFIS property or information since leaving WFIS.

6. Contrary to the allegation in Mr. Longhta's affidavit, I have not solicited any WFIS customers.

7. While I did have my office line forwarded to my personal cell phone, it was with the direct knowledge and approval by WFIS to do so and had been standard operating procedure for many months before I resigned. It was not done in contemplation of resigning.

8. I have not solicited any WFIS employee to leave WFIS and was not solicited or recruited by any of the individual defendants in this case including, Lynn Rasmussen.

**EXHIBIT "H"**

9. I am not employed by Lockton Companies, LLC or Southeast Series of Lockton Companies, LLC. I am employed by Northeast Series of Lockton Companies, LLC.

I declare under penalty of perjury, that the foregoing is true and correct.

_____
CHAD ELGAS

12/21/2017
_____
DATE