# DECLARATION OF CLAUDIA MANDATO

I, CLAUDIA MANDATO declare pursuant to 28 U.S.C. Sec 1746 as follows:

1. I am an adult, over the age of eighteen (18) years old, and I am competent to provide this Declaration. The information herein is true and correct and based on my personal knowledge.

2. I am employed by Lockton Management, LLC ("Lockton Management") as Executive Vice President, Corporate Operations.

3. I provide this Declaration in connection with Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction ("Plaintiff's Motion").

4. I have reviewed Plaintiff's Motion as well as the Affidavits of Tom Longhta and Patricia Myers, and Exhibits.

5. I am familiar with various companies affiliated with Lockton.

6. Defendant, Lockton Companies, LLC has no employees and its sole member is another limited liability company.

7. Defendant, Southeast Series of Lockton Companies, LLC has no connection with the hiring or employment of any employees mentioned in Plaintiff's papers.

8. The individual defendants in this case are employed by Northeast Series of Lockton Companies, LLC ("Northeast").

9. A third party recruiter was utilized to recruit the individual defendants. Neither Northeast nor any entity affiliated with it encouraged any of the individual defendants to encourage or solicit his or her co-workers to resign from WFIS.

10. Each of the individual defendants was instructed to not take or use any WFIS property, documents, data or customer information.

1

**EXHIBIT "I"**

11. They were told to not solicit or recruit other WFIS employees.

12. They were told to not solicit or try to persuade customers to transfer their business to Lockton.

13. I have received telephone calls and emails from WFIS customers indicating their Wells Fargo Financial Advisors and Wells Fargo bank representatives have told them to contact Lockton and/or their former WFIS representative about their insurance needs.

14. I have also received calls and email from Wells Fargo Financial Advisors requesting information about Lockton to provide to Wells Fargo customers because WFIS could no longer service the customer's insurance needs.

15. In fact, several current Wells Fargo employees have recently contacted Lockton to move their own insurance business from Wells Fargo to Lockton with the understanding that WFIS could no longer handle their own personal insurance.

I declare under penalty of perjury, that the foregoing is true and correct.

_Claudia Mandato_ 12/21/17
CLAUDIA MANDATO