## DECLARATION OF LORRAINE GANT

I, LORRAINE GANT declare pursuant to 28 U.S.C. Sec 1746 as follows:

1. I am an adult, over the age of eighteen (18) years old, and I am competent to provide this Declaration.

2. I provide this Declaration in connection with Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction ("Plaintiff's Motion"). The information herein is true and correct and based on my personal knowledge.

3. I have reviewed Plaintiff's Motion as well as the Affidavit of Patricia Myers and the Exhibits ("Myers Affidavit). As set forth in the Myers Affidavit, I did create a proposal *after* I left the employment of Wells Fargo Insurance Services ("WFIS"). But I did not use anything taken from WFIS to do so.

4. The allegation that I "simply copied and pasted the language that WFIS developed for use for client proposals and presentations," is false.

5. During the approximate fifteen months I worked at WFIS, I prepared hundreds of virtually similar generic risk management proposals like those attached to the Myers Affidavit as Exhibits B2-4. They had almost identical language. I created them and worked from them in making presentations on a regular basis. In fact, I used similar language in like proposals five to ten times a week, virtually every week, over the last twelve months of my employment there.

6. In addition to preparing the same proposal over and over and over again, I was also involved in reading from those proposals during presentations. I made this presentation hundreds of times.

1

**EXHIBIT "L"**

7. Proposals like the generic risk management proposals attached as Exhibit B2-4 to the Myers Affidavit were commonly shared with the recipients of the presentation. The recipients were permitted to retain copies of the proposal. The proposals do not contain confidential or proprietary information or information that could possibly be considered a trade secret.

8. I am not aware of any contract I ever signed or law that would prevent me from creating a general proposal like Exhibit B1.

9. Before resigning from WFIS, I took affirmative steps to return all WFIS property and to otherwise ensure that I was not taking any WFIS property or information. I have not accessed or used WFIS property or information since leaving WFIS.

10. I have not solicited any WFIS customers.

11. I have not solicited any WFIS employee to leave WFIS and was not solicited or recruited by any of the individual defendants in this case, including Lynn Rasmussen.

12. I am not employed by Lockton Companies, LLC or Southeast Series of Lockton Companies, LLC. I am employed by Northeast Series of Lockton Companies, LLC.

I declare under penalty of perjury, that the foregoing is true and correct.

_____
LORRAINE GANT

12/21/2017
_____
DATE